# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Steven Frazier, | ) | Case No. 1:14-cr-006 |
| | ) | |
| Defendant. | ) | |

Defendant is charged in a petition with a violation of pretrial release conditions. Defendant made his initial appearance on the petition in the District of Nevada. Following a detention hearing in the District of Nevada on February 12, 2015, defendant was released with instructions to report to the District of North Dakota on March 2, 2015, for a hearing on the petition.

On February 19, 2015, the court held a status conference with counsel. AUSA Brandi Sasse Russell appeared on the Government's behalf. Attorney Justin Vinje appeared on defendant's behalf. Pursuant to its discussion with counsel, the court **DISMISSES** defendant's petition (Docket No. 169) and continues his pretrial release subject to the existing conditions.

**IT IS SO ORDERED.**

Dated this 19th day of February, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court